1  KAREN P. HEWITT
   United States Attorney
2  JOSEPH S. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 200108
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5669/(619) 557-3445 (Fax)
   Email: joseph.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         )    Criminal Case No.08cr1200-H
                                      )
11                    Plaintiff,      )
                                      )    NOTICE OF APPEARANCE
12             v.                     )
                                      )
13  FRANK GAUTHIER (1), aka Tony      )
    DiValerio, aka Tom, JERRY TURCOTTE)
14  (2), MICHAEL DUBIN, aka Mario, aka)
    Gary, LAWRENCE RICHARD URI, III, (4),)
15  AKA Uncle,                        )
                                      )
16                    Defendants.     )
                                      )
17  _____ )

18
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
19
          I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
20
          I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-
21
    4.
22
          The following government attorneys (who are admitted to practice in this court or authorized to
23
    practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
24
    for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
25
    case:
26
          Name (If none, enter "None" below)
27
          Joseph S. Green
28

1

2      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>

3   receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

4   Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

5      <u>Name</u> (If none, enter "None" below)

6      None.

7      Please call me if you have any questions about this notice.

8      DATED: May 30, 2008.

9                                          Respectfully submitted,

10                                          KAREN P. HEWITT
                                           United States Attorney

11                                          */s/Joseph S. Smith*

12                                          _____
                                           JOSEPH S. SMITH

13                                          Assistant United States Attorney
                                           Attorneys for Plaintiff

14                                          United States of America
                                           Email: joseph.smith@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1200-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| FRANK GAUTHIER (1), aka Tony DiValerio, aka Tom, JERRY TURCOTTE (2), MICHAEL DUBIN, aka Mario, aka Gary, LAWRENCE RICHARD URI, III, (4), aka Uncle, | ) | |
| Defendants. | ) | |

13    IT IS HEREBY CERTIFIED THAT:

14    I, JOSEPH S. SMITH, am a citizen of the United States and am at least eighteen years of age.  My

15    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

16    I am not a party to the above-entitled action.  I have caused service of Notice of Appearance on

17    the following party by electronically filing the foregoing with the Clerk of the District Court using its

18    ECF System, which electronically notifies them.

19    Elizabeth Barros, Attorney for Defendant, Francois Gauthier
       Elizabeth_barros@fd.org

20

21    John R. Fielding, Jr. Attorney for Defendant Michael Dubin
       Jfieldingattyatlaw@yahoo.com

22    I declare under penalty of perjury that the foregoing is true and correct.

23    Executed on May 30, 2008.

24                    /s/ Joseph S. Smith
                      JOSEPH S. SMITH
25                    Assistant United States Attorney

26

27

28